UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER O'ROURKE,

               Plaintiff,

    v.

SHARE AND CARE HOUSE,

               Defendant.

CASE NO. 2:18-cv-410-RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

    Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

    The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Ricardo S. Martinez.

    DATED this 23rd day of March, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge