UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER O'ROURKE, )
                              ) CASE NO. C18-0410 RSM
      Plaintiff, )
                              ) ORDER OF DISMISSAL
   v. )
                              )
SHARE AND CARE HOUSE, )
                              )
      Defendant. )
                              )

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

*Pro Se* Plaintiff Christopher O'Rourke filed his Complaint on March 23, 2018, alleging that his representative payee, Defendant Share and Care House, misused benefits paid on his behalf, specifically to pay illegal rent increases. Dkt. #5. Plaintiff also alleged that Defendant failed to seek reimbursement of a rent payment that was erroneously paid on his behalf. *Id.* Plaintiff claims that as a result, his credit score has dropped, he has been unable to transition into stable housing, he has suffered unnecessary debt, and he has been saddled with accruing interest on that debt. *Id.*

On March 26, 2018, this Court ordered Mr. O'Rourke to show cause why his Complaint should not be dismissed for lack of jurisdiction. Dkt. #6. The Court noted that Plaintiff had

failed to demonstrate that he has made an appeal to the Social Security Administration ("SSA") for the alleged representative payee actions, which is required prior to judicial review. *Id.*

More than 21 days has passed since the Court ordered Plaintiff to show cause, and Plaintiff has failed to respond. Accordingly, this matter is DISMISSED for lack of jurisdiction.

The Clerk shall send a copy of this Order to Mr. O'Rourke at P.O. Box 12052 Seattle, WA 98102.

DATED this 29th day of August 2018.

                                          WILLIAM McCOOL, Clerk

                                          By:    /s/ Paula McNabb\_\_\_
                                                        Deputy Clerk